# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2443
_____

OBADIAH SAVOY DILLARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

April 9, 2025

PER CURIAM.

AFFIRMED. *See McCray v. State*, 71 So. 3d 848, 868 (Fla. 2011) (holding that the trial court could deny defendant's request to proceed pro se and require that counsel represent uncooperative defendant who had history of disrupting the proceedings).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.